Alexandra H. Stathopoulos (SBN 286681)
astathopoulos@orrick.com
Rachel Capler (SBN 307582)
rcapler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:      +1 415 773 5700
Facsimile:       +1 415 773 5759

David P. Fuad (SBN 265193)
dfuad@orrick.com
John P. Badalich (SBN 328573)
jbadalich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071-1596
Telephone:      +1 213 629 2020
Facsimile:       +1 213 612 2499


Attorneys for Defendant
ROBLOX CORPORATION

Mazin A. Sbaiti, Esq. (SBN 275089)
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
Dallas Arts Tower
3102 Maple Avenue, Suite 400
Dallas, TX 75201
Telephone: (214) 214-3400

Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Robert J. Quigley (SBN 302879)
rquigley@weitzlux.com
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500


Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE B.D., a minor, by and through his GUARDIAN and NEXT FRIEND, JANE DOE T.F., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION,<br><br>　　　　　Defendant. | Case No. 26-cv-04405-AGT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant Roblox Corporation ("Roblox" or "Defendant") (together, the "Parties") respectfully move for a court order enlarging Roblox's time to respond to Plaintiff's Class Action Complaint (the "Complaint"), ECF No. 1.

1.    Plaintiff filed the Complaint on May 12, 2026.

2.    On May 18, 2026, Plaintiff served Roblox with the Summons and Complaint. Roblox's current deadline to respond to the Complaint is June 8, 2026.

3.    Roblox intends to file a Motion to Compel Arbitration, as well as a separate Motion pursuant to Fed. R. Civ. P. 12(b), 12(f), and Cal. Code Civ. Proc. § 425.16 (the "Responsive Motions").

4.    The Parties agree and respectfully submit that there is good cause to continue Roblox's deadline to respond to the Complaint to August 7, 2026, including, but not limited to, the length, number of claims, and complexity of the Complaint.

5.    The Court previously entered an Order Setting Initial Case Management Conference and ADR Deadlines setting deadlines for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; to make initial disclosures; to file a Joint Case Management Statement; and the Initial Case Management Conference (*See* ECF No. 4), which will be affected by the Parties' requested time modification.

6.    The deadline to respond to the Complaint has not been previously extended, and the Parties have not previously requested any time modifications in this case.

7.    The Parties agree and respectfully submit that Plaintiffs shall have sixty (60) days to oppose Roblox's Responsive Motions (the "Oppositions"). Plaintiffs' Oppositions shall be due on October 6, 2026.

8.    The Parties agree and respectfully submit that Roblox shall have twenty-one (21) days to file replies to Plaintiffs' Oppositions to the Responsive Motions (the "Replies"). Roblox's Replies shall be due October 27, 2026.

9.    The Parties agree and respectfully submit that initial disclosures and the Rule 26(f) discovery plan will not be due until 7 days in advance of the Initial Case Management Conference. The Parties reserve all rights with respect to the content and substance of their initial

disclosures and discovery plan, including the right to object pursuant to Rule 26(a)(1)(C). The Parties agree that General Order No. 71 does not apply to this action.

WHEREFORE, the Parties stipulate and respectfully request that this Court enter an order continuing Roblox's deadline to move, answer, or otherwise respond to the Complaint and Plaintiff's deadline to respond as follows:

| Event | Current Date | New Date |
|---|---|---|
| Defendant's Motion to Compel Arbitration and Stay Proceedings | June 8, 2026 | August 7, 2026 |
| Defendant's Motion pursuant to Fed. R. Civ. P. 12(b), 12(f), and Cal. Code Civ. Proc. § 425.16 | June 8, 2026 | August 7, 2026 |
| Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings | June 22, 2026 | October 6, 2026 |
| Plaintiff's Opposition to Defendant's Motion pursuant to Fed. R. Civ. P. 12(b), 12(f), and Cal. Code Civ. Proc. § 425.16 | June 22, 2026 | October 6, 2026 |
| Defendant's Reply in Support of its Motion to Compel Arbitration and Stay Proceedings | June 29, 2026 | October 27, 2026 |
| Defendant's Reply in Support of its Motion pursuant to Fed. R. Civ. P. 12(b), 12(f), and Cal. Code Civ. Proc. § 425.16 | June 29, 2026 | October 27, 2026 |
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file ADR Certification | July 24, 2026 | 14 days in advance of the Initial Case Management Conference |
| Last day to complete initial disclosures and file Joint Case Management Statement. | August 7, 2026 | 7 days in advance of the Initial Case Management Conference |
| Initial Case Management Conference | August 14, 2026 at 2:00 P.M. | Date to be determined by the Court |

//

//

//

//

**IT IS SO STIPULATED.**

Dated: June 8, 2026                    ORRICK HERRINGTON & SUTCLIFFE LLP


By: */s/ David P. Fuad*
    Alexandra Stathopoulos
    David P. Fuad

    *Attorneys for Defendant Roblox Corporation*

Dated: June 8, 2026                    SBAITI & COMPANY PLLC


By: */s/ Mazin A. Sbaiti*
    Mazin A. Sbaiti

    *Attorneys for Plaintiff*

STIPULATION FOR EXTENSION OF TIME
AND TO SET BRIEFING SCHEDULE
NO. 26-CV-04405-AGT

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED**.


DATED:

_____
Hon. Alex G. Tse
US Magistrate Judge

STIPULATION FOR EXTENSION OF TIME
AND TO SET BRIEFING SCHEDULE
NO. 26-CV-04405-AGT

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I, David P. Fuad, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: June 8, 2026                    ORRICK HERRINGTON & SUTCLIFFE LLP


By: */s/ David P. Fuad*
        David P. Fuad

        *Attorneys for Defendant Roblox Corporation*